ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PENDLETON DIVISION**

**OREGON NATURAL DESERT ASS'N, GREAT OLD BROADS FOR WILDERNESS,** and **GREAT BASIN RESOURCE WATCH,**

Plaintiffs,

v.

**CASSANDRA ANDREWS-FLECKENSTEIN**, Vale District Manager, BLM, *et al.*,

Defendants,

**HITECH MINERALS, INC.**,

Defendant-Intervenor.

Case No. 2:26-cv-833-HL

Honorable Magistrate Judge Hallman

**UNOPPOSED MOTION FOR EXTENSION ON REMAINING BREIFING DEADLINES**

Federal Defendants, with consent of the other parties, respectfully request an extension as outlined below on the remaining summary judgment briefing deadlines in this case. Federal Defendants' cross-motion for summary judgment is currently due November 16, 2026. Dkt. No. 23 (Scheduling Order). Undersigned counsel has been contending with a prolonged illness along with competing deadlines in other cases and requires additional time to complete Federal Defendants' cross-motion. Additionally, upcoming planned leave of key agency personnel and the holidays make it impossible to request a shorter extension. In light of these scheduling constraints, Federal Defendants, with Plaintiffs' and Defendant-Intervenor's consent, respectfully request the Court enter an order resetting the remaining briefing deadlines as follows:

- Federal Defendants' and Intervenor's Cross-Motions for Summary Judgment and Response Brief due: **December 11, 2026**.
- Plaintiffs' Combined Reply in Support of Motion for Summary Judgment and Response to Cross-Motions due: **January 15, 2027.**
- Federal Defendants' and Intervenor's Replies in Support of Cross-Motions due: **February 10, 2027**.

Respectfully submitted this 9th day of November, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

*/s/ Shannon Boylan*
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002

Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Attorney for Defendant*